**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Samip Ashvin Patel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Huyen Minh Bui** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number **4:25-bk-12342-BMW**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ **2,800,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ **2,751,795.13** |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ **5,551,795.13** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **2,866,441.48** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ **0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ **5,132,353.24** |
| **Your total liabilities** | $ **7,998,794.72** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ **56,650.94** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ **47,019.60** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ |
| 9g. **Total.** Add lines 9a through 9f. | $ |

**Fill in this information to identify your case and this filing:**

Debtor 1: **Samip Ashvin Patel**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): **Huyen Minh Bui**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number **4:25-bk-12342-BMW**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**5030 E Oakmont Dr**
Street address, if available, or other description

**Tucson** | **AZ** | **85718-0000**
City | State | ZIP Code

**Pima**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,250,000.00** | **$2,250,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

■ **Check if this is community property** (see instructions)

**If you own or have more than one, list here:**

1.2 **10264 E Wasson Peak Trl**
Street address, if available, or other description

**Tucson** | **AZ** | **85747-0019**
City | State | ZIP Code

**Pima**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$550,000.00** | **$550,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

■ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>** **$2,800,000.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ■ Yes

3.1 Make: **Mercedes Benz**
Model:
Year: **2025**
Approximate mileage:
Other information:
**Lease is through and paid for by nail salon**

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

3.2 Make: **Porsche**
Model: **911 Carrera 4S**
Year: **2020**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$110,000.00** | **$110,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$110,000.00**

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

**Furniture, beds, dining room furniture, patio furniture, credenza, executive desk, shelves, and art** — **$29,578.00**

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

**Televisions (3); Laptops (1); Computer Monitors (2); Iphone; Soundbars (2); Racing Rig; Galaxy Z Fold** — **$4,551.00**

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

**Handbags** — **$42,120.00**

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

**Golf clubs, Golf Bag, Beats, Sunglasses, Ping Driver** — **$824.00**

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Clothing and shoes** | **$17,820.00** |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Engagement ring, wedding ring, bracelets, rings, earrings, necklaces and watches; sunglasses** | **$138,975.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ **$233,868.00**

**Part 4:** **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes..................................................................................................................

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Checking** | **Bank of America - Acct. No. 8854 - Huyen Bui** | **$24.69** |
| 17.2. | **Checking** | **US Bank - Acct. No. 0447 - Samip Patel** | **$149.26** |
| 17.3. | **Checking** | **US Bank - Acct No. 1488 - Joint checking with Ashvin Patel** | **$1,500.00** |
| 17.4. | **Savings** | **US Bank - Acct No. 0027 - Joint Savings with Ashvin Patel** | **$6,405.06** |
| 17.5. | **Savings** | **Bank of America - Acct #2159** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Tucson 13 Dental Services LLP - Not open as of Petition Date. This is the buy-in price.** | **24.5** | % | **$73,500.00** |
| **Dentists of Vail, LLP** | **39** | % | **$845,629.75** |
| **Tucson Spectrum Dentistry, LLP** | **20** | % | **$109,548.37** |
| **Sushibui, LLC** | **25** | % | **$5,000.00** |
| **FroggyAZIce2, LLC** | **25%** | % | **$0.00** |
| **FroggyAZIce3, LLC** | **33.33** | % | **$0.00** |
| **Patelbui, LLC** | **100 (Samip - 51; Huyen - 49)** | % | **$0.00** |
| **Patelbui2, LLC** | **100 (Samip - 51; Huyen - 49)** | % | **$0.00** |
| **Patelbui3, LLC** | **100 (Samip - 51; Huyen - 49)** | % | **$0.00** |
| **Patelbui4, LLC** | **100 (Samip - 51; Huyen - 49)** | % | **$0.00** |
| **Patelbui6, LLC** | **100 (Samip - 51 and Huyen - 49)** | % | **$0.00** |
| **Patelbui7, LLC** | **33.33** | % | **$5,000.00** |
| **SmoothieMAP3, LLC** | **33.33** | % | **$5,000.00** |
| **One Nail Lounge, LLC** | **100** | % | **$116,900.00** |

| | | | |
|---|---|---|---|
| **FiveFive Nail Bar Inc** | **100** | % | **$49,265.00** |
| **M Nail Bar LLC** | **100** | % | **$61,790.00** |
| **Patelbui5, LLC** | **100** | % | **$0.00** |
| **Patelbui Management Group, LLC** | **Samip - 50% and Huyen - 50%** | % | **$0.00** |
| **Patelbui8, LLC** | **100** | % | **$0.00** |
| **Sushibui2 LLC** | **25%** | % | **$0.00** |
| **FroggyAZIce, LLC** | **100** | % | **$0.00** |
| **SmoothieMAP, LLC** | **33%** | % | **$0.00** |
| **SOLVANG Holdings (private REIT Property at 293 Alisal Rd, Solvang, CA 93463)** | **1** | % | **$50,000.00** |
| **OneWhistle Inc.** | **1** | % | **$1,000.00** |
| **SushiMAP, LLC** | **33.33** | % | **$0.00** |
| **FroggyMAP, LLC** | **33.33** | % | **$0.00** |
| **FroggyMAP2, LLC** | **33.33** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401K** | **Fidelity** | **$680,500.00** |
| **401(k) Roth** | **Vanguard Personal Investor** | **$216,000.00** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
■ Yes. Give specific information about them...

| | |
|---|---|
| **Dental licenses - 3 year** | **$600.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
■ Yes. Give specific information..

| | |
|---|---|
| **OneWhistle Inc. - Original face amount of note $200,000** | **$5,000.00** |
| **Loan to sister's fiancee for engagement ring** | **$3,615.00** |

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **AIG Life Insurance (term)** | **Hui Minh Bui** | **$0.00** |
| **NY Life Insurance (term)** | **Huyen Minh Bui** | **$0.00** |
| **State Farm - Rental property** | | **$0.00** |
| **State Farm - Personal Residence** | | **$0.00** |
| **Schwab Health Savings Brokerage Account (HSA)** | **Samip Ashvin Patel** | **$171,500.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................................................** **$2,407,927.13**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

**Part 8: List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | | **$2,800,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$110,000.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$233,868.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$2,407,927.13** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$2,751,795.13** | Copy personal property total | **$2,751,795.13** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$5,551,795.13** |

**Fill in this information to identify your case:**

Debtor 1 **Samip Ashvin Patel**
First Name / Middle Name / Last Name

Debtor 2 **Huyen Minh Bui**
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number **4:25-bk-12342-BMW**
(if known)

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:** **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **5030 E Oakmont Dr Tucson, AZ 85718 Pima County**<br>Line from *Schedule A/B*: **1.1** | **$2,250,000.00** | ■ **$425,200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1101(A)** |
| **Furniture, beds, dining room furniture, patio furniture, credenza, executive desk, shelves, and art**<br>Line from *Schedule A/B*: **6.1** | **$29,578.00** | ■ **$27,449.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **Televisions (3); Laptops (1); Computer Monitors (2); Iphone; Soundbars (2); Racing Rig; Galaxy Z Fold**<br>Line from *Schedule A/B*: **7.1** | **$4,551.00** | ■ **$4,551.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **Golf clubs, Golf Bag, Beats, Sunglasses, Ping Driver**<br>Line from *Schedule A/B*: **9.1** | **$824.00** | ■ **$824.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(7)** |
| **Clothing and shoes**<br>Line from *Schedule A/B*: **11.1** | **$17,820.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(1)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Engagement ring, wedding ring, bracelets, rings, earrings, necklaces and watches; sunglasses**<br>Line from *Schedule A/B*: **12.1** | **$138,975.00** | ■ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(4)** |
| **Engagement ring, wedding ring, bracelets, rings, earrings, necklaces and watches; sunglasses**<br>Line from *Schedule A/B*: **12.1** | **$138,975.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(6)** |
| **Savings: US Bank - Acct No. 0027 - Joint Savings with Ashvin Patel**<br>Line from *Schedule A/B*: **17.4** | **$6,405.06** | ■ **$6,405.06**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(9)** |
| **401K: Fidelity**<br>Line from *Schedule A/B*: **21.1** | **$680,500.00** | ■ **$750,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(B)** |
| **401(k) Roth: Vanguard Personal Investor**<br>Line from *Schedule A/B*: **21.2** | **$216,000.00** | ■ **$210,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(B)** |
| **Schwab Health Savings Brokerage Account (HSA)**<br>**Beneficiary: Samip Ashvin Patel**<br>Line from *Schedule A/B*: **31.5** | **$171,500.00** | ■ **$150,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(B)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

- ☐ No
- ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  - ☐ No
  - ■ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Samip Ashvin Patel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Huyen Minh Bui** | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **4:25-bk-12342-BMW**

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 **Loandepot.com LLC** | **$223,165.89** | **$550,000.00** | **$0.00** |

Creditor's Name: **Loandepot.com LLC**

**6561 Irvine Center Dr**
**Irvine, CA 92618-2808**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**10264 E Wasson Peak Trl Tucson, AZ 85747-0019 Pima County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Conventional Mortgage**

**Date debt was incurred** 08/13/2021 **Last 4 digits of account number** 3085

**2.2 Pyramid Credit Union**
Creditor's Name

**PO Box 12100**
**Tucson, AZ 85732-2100**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **2020 Porsche 911 - CARRERA4S**

| | | |
|---|---|---|
| **$20,616.57** | **$110,000.00** | **$0.00** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** ______ **Last 4 digits of account number** ______

---

**2.3 Small Business Administration**
Creditor's Name

**c/o Live Oak Banking Co.**
**1741 Tiburon Dr**
**Wilmington, NC 28403**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **10264 E Wasson Peak Trl Tucson, AZ 85747-0019 Pima County**

| | | |
|---|---|---|
| **$406,194.16** | **$550,000.00** | **$79,360.05** |

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **September 30, 2023** **Last 4 digits of account number** **bui3**

| | | | | | |
|---|---|---|---|---|---|
| 2.4 | **Vantagewest Credit Union** | Describe the property that secures the claim: | **$1,734,422.86** | **$2,250,000.00** | **$0.00** |

Creditor's Name

**2480 N Arcadia Ave**
**Tucson, AZ 85712-5735**
Number, Street, City, State & Zip Code

Describe the property that secures the claim: **5030 Oakmont Dr, Tucson, AZ 85718**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Conventional RE Mortgage**

**Date debt was incurred** 07/26/2024 **Last 4 digits of account number** 0724

| | | | | | |
|---|---|---|---|---|---|
| 2.5 | **Zions Bank** | Describe the property that secures the claim: | **$482,042.00** | **$619,213.00** | **$0.00** |

Creditor's Name

**c/o Practice Pathways**
**One S Main St 9th Flr**
**(888) 588-6265**
**Salt Lake City, UT 84133**
Number, Street, City, State & Zip Code

Describe the property that secures the claim: **Secured against the stock in Dentists of Vail LLP and Tucson Spectrum Dentistry LLP**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Guarantee**

**Date debt was incurred** ____ **Last 4 digits of account number** 1488

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$2,866,441.48** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$2,866,441.48** |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ] Name, Number, Street, City, State & Zip Code
**Corpsmart**
**106 5th Ave SE**
**Olympia, WA 98501**

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**NOVA Home Loans**
**1650 E River House Rd Ste 108**
**Tucson, AZ 85718**

On which line in Part 1 did you enter the creditor? **2.4**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

Debtor 1: **Samip Ashvin Patel**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Huyen Minh Bui**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known): **4:25-bk-12342-BMW**

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims — 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ■ Yes.
2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 **Arizona Dept of Revenue** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**PO BOX 29010**
**Phoenix, AZ 85038-9010**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

2.2 **INTERNAL REVENUE SERVICE**
Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS**
**PO BOX 21126**
**Philadelphia, PA 19114-0326**
Number Street City State Zip Code

**Last 4 digits of account number** | **$0.00** | **$0.00** | **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **American Express**
Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998-1537**
Number Street City State Zip Code

**Last 4 digits of account number** **2000** — **$53,212.20**

**When was the debt incurred?** **02/19/2021**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

4.2 **Ashvin Patel** — **$300,000.00**
Nonpriority Creditor's Name
**418 Clayton Hollow Dr**
**Wildwood, MO 63005**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Father**

---

4.3 **Ashvin Patel** — **$100,000.00**
Nonpriority Creditor's Name
**418 Clayton Hollow Dr**
**Wildwood, MO 63005**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Father**

---

4.4 **Ashvin Patel** — **$235,000.00**
Nonpriority Creditor's Name
**418 Clayton Hollow Dr**
**Wildwood, MO 63005**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Father**

---

**4.5** **Ashvin Patel** — Nonpriority Creditor's Name
**418 Clayton Hollow Dr**
**Wildwood, MO 63005**
Number Street City State Zip Code

Last 4 digits of account number:
When was the debt incurred?

**$183,628.00**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Father**

---

**4.6** **Best Buy/CBNA** — Nonpriority Creditor's Name
**5800 S Corporate Pl**
**Sioux Falls, SD 57108**
Number Street City State Zip Code

Last 4 digits of account number: **3416**
When was the debt incurred? **08/22/2024**

**$0.00**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

**4.7** **Capital One Bank** — Nonpriority Creditor's Name
**PO Box 60519**
**City of Industry, CA 91716-0519**
Number Street City State Zip Code

Last 4 digits of account number: **1388**
When was the debt incurred? **04/18/2021**

**$0.00**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

4.8 **Chase Business Premier Credit Card**
Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

**Last 4 digits of account number** **4122** **$11,061.29**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card - Patelbui Management LLC**

---

4.9 **Chase Business Premier Credit Card**
Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

**Last 4 digits of account number** **0074** **$12,743.82**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card - Patelbui, LLC**

---

4.10 **Chase Business Premier Credit Card**
Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

**Last 4 digits of account number** **5502** **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card - SmoothieMAP3, LLC**

---

4.11 **Chase Business Unlimited Credit Card**
Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

Last 4 digits of account number **0201** — **$8,209.10**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card - Patelbui2, LLC**

---

4.12 **Chase Business Unlimited Credit Card**
Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

Last 4 digits of account number **9399** — **$2,272.13**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card - Patelbui3, LLC**

---

4.13 **Chase Business Unlimited Credit Card**
Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

Last 4 digits of account number **7609** — **$1,712.36**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card - Patelbui4, LLC**

---

4.14

**Chase Business Unlimited Credit Card**
Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

**Last 4 digits of account number** 7588 — **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card - Sushibui, LLC**

4.15

**Chase Business Unlimited Credit Card**
Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

**Last 4 digits of account number** 7232 — **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card - FroggyAZIce3, LLC**

4.16

**Chase Southwest Rapid Rewards Credit Car**
Nonpriority Creditor's Name
**PO Box 6294**
**Carol Stream, IL 60197-6294**
Number Street City State Zip Code

**Last 4 digits of account number** 4572 — **$21,396.47**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

4.17 **Citicards CBNA**
Nonpriority Creditor's Name
**5800 S Corporate Pl**
**Sioux Falls, SD 57108**
Number Street City State Zip Code

**Last 4 digits of account number** **8489** **$15,339.97**
**When was the debt incurred?** **02/12/2016**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

4.18 **Comenity Bank/Arhaus**
Nonpriority Creditor's Name
**PO Box 182789**
**Columbus, OH 43218-2789**
Number Street City State Zip Code

**Last 4 digits of account number** **4582** **$2,030.00**
**When was the debt incurred?** **11/15/2024**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card (Spouse)**

---

4.19 **Commerce Bank**
Nonpriority Creditor's Name
**PO Box 410847**
**Kansas City, MO 64141**
Number Street City State Zip Code

**Last 4 digits of account number** **1254** **$0.00**
**When was the debt incurred?** **06/28/2008**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

4.20 **Cross River Bank**
Nonpriority Creditor's Name
**2115 Linwood Ave**
**Fort Lee, NJ 07024**
Number Street City State Zip Code

**Last 4 digits of account number**
**$496,800.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - Sushibui, LLC**

---

4.21 **Fairbanks Capital Management, LLC**
Nonpriority Creditor's Name
**PO Box 3380**
**Rancho Santa Fe, CA 92067**
Number Street City State Zip Code

**Last 4 digits of account number**
**$9,518.10**
**When was the debt incurred?** **01/13/2025**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - Patelbui2 LLC for 1620 E Tucson Marketplace Blvd Tucson AZ 85713**

---

4.22 **FroggyAZIce2, LLC**
Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**
**$0.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

**4.23** **FroggyAZIce3, LLC** — Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**
**$0.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

**4.24** **FroggyMAP, LLC** — Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**
**$0.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

**4.25** **FroggyMAP2, LLC** — Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**
**$0.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

4.26 **Hafer's 3269 Properties LLC**
Nonpriority Creditor's Name
**6985 Courcheval Pl**
**Salt Lake City, UT 84121**
Number Street City State Zip Code

**Last 4 digits of account number**
**$0.00**
**When was the debt incurred?** **03/14/2022**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Is the claim subject to offset?**
■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Guarantee - SmoothieMAP3 LLC - Sierra Vista**

---

4.27 **Imprint Payments, Inc. - Visa**
Nonpriority Creditor's Name
**PO Box 121916**
**Dallas, TX 75312-1916**
Number Street City State Zip Code

**Last 4 digits of account number** **5028**
**$3,002.30**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

4.28 **JII Franchise Group, LLC**
Nonpriority Creditor's Name
**1011 E Colonial Dr Ste 201**
**Orlando, FL 32803**
Number Street City State Zip Code

**Last 4 digits of account number**
**$0.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Is the claim subject to offset?**
■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **All guarantees for any Jeremiah's Italian Ice location or agreement**

4.29 **KJE Steampump LLC**
Nonpriority Creditor's Name
**2102 N Country Club Rd #7**
**Tucson, AZ 85716**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?** **06/01/2023**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - Construction costs of 10165 E Old Val Rd, Tucson, AZ 85747 Parcel 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 for Sushibui LLC**

---

4.30 **KJE Steampump LLC**
Nonpriority Creditor's Name
**2102 N Country Club Rd #7**
**Tucson, AZ 85716**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?** **06/01/2023**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - Patelbui6 - 4676 E Grant Rd, Tucson, AZ**

---

4.31 **KJE Steampump LLC**
Nonpriority Creditor's Name
**2102 N Country Club Rd #7**
**Tucson, AZ 85716**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?** **08/09/2023**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - Sushibui, LLC - 10165 Old Vail Rd, Tuscon AZ 85747**

4.32 **KJE Steampump LLC**
Nonpriority Creditor's Name
**2102 N Country Club Rd #7**
**Tucson, AZ 85716**
Number Street City State Zip Code

**Last 4 digits of account number**

**$79,771.70**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - FroggyAZIce2, LLC - 10165 E Old Vail Rd, Tucson, AZ**

---

4.33 **Lee Family Property Management LLLP**
Nonpriority Creditor's Name
**PO Box 65837**
**Tucson, AZ 85728**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - FroggyAZIce3, LLC - 2470 N Campbell Ave, Tucson, AZ**

---

4.34 **Lee Family Property Management LLLP**
Nonpriority Creditor's Name
**PO Box 65837**
**Tucson, AZ 85728**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - Patelbui7, LLC - 11608 W Granville Dr., Marana AZ 85653**

4.35

**Patelbui Management Group, LLC**
Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.36

**Patelbui, LLC**
Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.37

**Patelbui2, LLC**
Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

4.38 **Patelbui3, LLC** — Last 4 digits of account number ____ — **$0.00**

Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**When was the debt incurred?** ____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify ____

---

4.39 **Patelbui4, LLC** — Last 4 digits of account number ____ — **$0.00**

Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**When was the debt incurred?** ____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify ____

---

4.40 **Patelbui5, LLC** — Last 4 digits of account number ____ — **$0.00**

Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**When was the debt incurred?** ____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify ____

**4.41** **Patelbui6, LLC** — **$0.00**

Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 105**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

**4.42** **Patelbui7, LLC** — **$0.00**

Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

**4.43** **Patelbui8, LLC** — **$0.00**

Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.44 **Power Road Williams Field, LLC**
Nonpriority Creditor's Name
**c/o Francesca Muscarello**
**19878 E Sonoqui Blvd**
**Queen Creek, AZ 85142**
Number Street City State Zip Code

**Last 4 digits of account number**

**$22,783.00**

**When was the debt incurred?** 01/19/2024

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - Patelbui 4, LLC - 7040 E Broadway Blvd, Tucson, AZ 85710**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

4.45 **Rock N Roll Holdings LLC**
Nonpriority Creditor's Name
**12598 US Hwy 98 W**
**Miramar Beach, FL 32550**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **All guarantees for any Rock N Roll Sushi location or agreement**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

4.46 **Small Business Administration**
Nonpriority Creditor's Name
**c/o Live Oak Banking Co.**
**1741 Tiburon Dr**
**Wilmington, NC 28403**
Number Street City State Zip Code

**Last 4 digits of account number** 9100

**$795,106.45**

**When was the debt incurred?** April 11, 2024

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - All assets of PatelBui2, LLC**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

4.47 **Small Business Administration**
Nonpriority Creditor's Name
**c/o Live Oak Banking Co.**
**1741 Tiburon Dr**
**Wilmington, NC 28403**
Number Street City State Zip Code

**Last 4 digits of account number** **9103** **$681,028.59**

**When was the debt incurred?** **January 30, 2023**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - All Assets for PatelBui4, LLC**

---

4.48 **Small Business Administration**
Nonpriority Creditor's Name
**c/o Live Oak Banking Co.**
**1741 Tiburon Dr**
**Wilmington, NC 28403**
Number Street City State Zip Code

**Last 4 digits of account number** **9104** **$756,145.38**

**When was the debt incurred?** **November 5, 2024**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - All Assets of SmoothieMAP3, LLC**

---

4.49 **Small Business Administration**
Nonpriority Creditor's Name
**c/o Live Oak Banking Co.**
**1741 Tiburon Dr**
**Wilmington, NC 28403**
Number Street City State Zip Code

**Last 4 digits of account number** **9108** **$462,152.84**

**When was the debt incurred?** **October 30, 2024**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - All assets of PatelBui7, LLC**

4.50 **Small Business Administration**
Nonpriority Creditor's Name
**c/o Live Oak Banking Co.**
**1741 Tiburon Dr**
**Wilmington, NC 28403**
Number Street City State Zip Code

**Last 4 digits of account number** **9102** **$580,042.70**

**When was the debt incurred?** **November 22, 2024**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - All assets of FroggieAZIce3 LLC**

---

4.51 **SmoothieMAP, LLC**
Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number** **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.52 **SmoothieMAP2, LLC**
Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number** **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.53 **SmoothieMAP3, LLC** — Last 4 digits of account number: — **$0.00**

Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.54 **Solar Servicing LLC** — Last 4 digits of account number: **2902** — **$26,136.00**

Nonpriority Creditor's Name
**Attn: Legal**
**4445 Willard Ave Ste 1000**
**Chevy Chase, MD 20815-3791**
Number Street City State Zip Code

**When was the debt incurred?** **03/30/2023**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Rejected solar equipment**

---

4.55 **Solar Servicing LLC** — Last 4 digits of account number: **7903** — **$23,016.84**

Nonpriority Creditor's Name
**Attn: Legal**
**4445 Willard Ave Ste 1000**
**Chevy Chase, MD 20815-3791**
Number Street City State Zip Code

**When was the debt incurred?** **07/28/2021**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Rejected Solar Equipment**

4.56 **Sushibui, LLC**
Nonpriority Creditor's Name
**c/o James Frisch**
**62216 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.57 **Sushibui2, LLC**
Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.58 **SushiMAP**
Nonpriority Creditor's Name
**c/o James Frisch**
**6226 E Pima St Ste 150**
**Tucson, AZ 85712**
Number Street City State Zip Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

4.59 **SYNCB/C&B** — Last 4 digits of account number **4304** — **$0.00**

Nonpriority Creditor's Name
**PO Box 71746**
**Philadelphia, PA 19176**
Number Street City State Zip Code

When was the debt incurred? **11/10/2024**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Is the claim subject to offset?
- ■ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

4.60 **The Wong Family Limited Partnership LLP** — Last 4 digits of account number — **$0.00**

Nonpriority Creditor's Name
**2910 N Swan Rd Ste 203**
**Tucson, AZ 85712**
Number Street City State Zip Code

When was the debt incurred? **01/01/2020**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Is the claim subject to offset?
- ■ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - Patelbui, LLC Lease on 10230 E Old Vail Rd, Tucson AZ**

---

4.61 **The Yoon Family Trust** — Last 4 digits of account number — **$0.00**

Nonpriority Creditor's Name
**5403 Calarosa Ranch Rd**
**Camarillo, CA 93012**
Number Street City State Zip Code

When was the debt incurred? **02/27/2024**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Is the claim subject to offset?
- ■ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee - Patelbui3, LLC at 3200 E Valencia Rd, Tucson, AZ**

4.62 **Tropical Smoothie Cafe, LLC** — Nonpriority Creditor's Name
**1117 Perimeter Ctr West Ste W200**
**Atlanta, GA 30338**
Number Street City State Zip Code

Last 4 digits of account number
When was the debt incurred?
**$0.00**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **All guarantees for any Tropical Smoothie location or agreement.**

---

4.63 **Tropical Smoothie Corporation** — Nonpriority Creditor's Name
**c/o Karen Wickliffe, Esq.**
**1117 Perimeter Ctr W Ste W200**
**Atlanta, GA 30338**
Number Street City State Zip Code

Last 4 digits of account number
When was the debt incurred?
**$0.00**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **All guarantees for any Tropical Smoothie location or agreement**

---

4.64 **TSC Franchisor, LLC** — Nonpriority Creditor's Name
**1117 Perimeter Ctr W Ste W200**
**Atlanta, GA 30338**
Number Street City State Zip Code

Last 4 digits of account number
When was the debt incurred?
**$0.00**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **All guarantees for any Tropical Smoothie location or agreement.**

**4.65** **U.S. Bank**
Nonpriority Creditor's Name
**PO Box 108**
**Saint Louis, MO 63166**
Number Street City State Zip Code

Last 4 digits of account number **5671** — **$244.00**
When was the debt incurred? **05/24/2025**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

**4.66** **Veeshesh Patel**
Nonpriority Creditor's Name
**517 W 5th Ave Unit 315**
**Columbus, OH 43201**
Number Street City State Zip Code

Last 4 digits of account number — **$250,000.00**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Brother**

---

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Apple Pie Capital**
**548 Market St PMB 54105**
**San Francisco, CA 94104**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Caiola & Rose, LLC**
**Attn: Elizabeth B. ROse**
**125 Clairemont Ave Ste 240**
**Decatur, GA 30030**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.62** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Caiola & Rose, LLC**
**Attn: Elizabeth B. Rose**
**125 Clairemont Ave Ste 240**
**Decatur, GA 30030**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Corpsmart**
**106 5th Ave SE**
**Olympia, WA 98501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Corpsmart**
**106 5th Ave SE**
**Olympia, WA 98501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Corpsmart**
**106 5th Ave SE**
**Olympia, WA 98501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.48** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Corpsmart**
**106 5th Ave SE**
**Olympia, WA 98501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Corpsmart**
**106 5th Ave SE**
**Olympia, WA 98501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.50** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Degi Batbayar**
**Tropical Smoothie Cafe, LLC**
**1117 Perimeter Ctr W Ste W200**
**Atlanta, GA 30338**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.62** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Degi Batbayar**
**Tropical Smoothie Cafe, LLC**
**1117 Perimeter Ctr W Ste W200**
**Atlanta, GA 30338**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**NPF, LLC**
**140 E Rio Salado Parkway Ste 1104**
**Tempe, AZ 85281**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**NPF, LLC**
**140 E Rio Salado Parkway Ste 1104**
**Tempe, AZ 85281**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.61** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**NPF, LLC**
**140 E RIo Salado Parkway Ste 1104**
**Tempe, AZ 85281**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**NPF, LLC**
**140 E Rio Salado Parkway Ste 1104**
**Tempe, AZ 85281**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

| | | |
|---|---|---|
| **ONETEN REI GUADALUPE, LLC**<br>**140 E Rio Salado Parkway Ste 1104**<br>**Tempe, AZ 85281** | Line **4.61** of (*Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**ONETEN REI GUADALUPE, LLC**<br>**140 E Rio Salado Parkway Ste 1104**<br>**Tempe, AZ 85281** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (*Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**ONETEN REI KINO PARK, LLC**<br>**140 E Rio Salado Parkway Ste 1104**<br>**Tempe, AZ 85281** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (*Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**ONETEN REI MAIN, LLC**<br>**140 E Rio Salado Parkway Ste 1104**<br>**Tempe, AZ 85281** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (*Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**ONETEN REI MAIN, LLC**<br>**140 E Rio Salado Parkway Ste 1104**<br>**Tempe, AZ 85281** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (*Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Robert Riether**<br>**8337 W Sunset Rd Ste 220**<br>**Las Vegas, NV 89113** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (*Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 5,132,353.24 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 5,132,353.24 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Samip Ashvin Patel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Huyen Minh Bui** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number **4:25-bk-12342-BMW**
(if known)

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Mercedes-Benz Financial Services<br>PO Box 961<br>Roanoke, TX 76262-0961** | **Auto Lease - 36 months commencing September 20, 2025. Paid for by nail salon.** |
| 2.2 | **Solar Servicing LLC<br>Attn: Legal<br>4445 Willard Ave Ste 1000<br>Chevy Chase, MD 20815-3791** | **Rejected Solar Equiopment** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Samip Ashvin Patel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Huyen Minh Bui** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number **4:25-bk-12342-BMW**
(if known)

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Ashvin Patel<br>418 Clayton Hollow Dr<br>Wildwood, MO 63005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.61**<br>☐ Schedule G _____<br>**The Yoon Family Trust** |
| 3.2 | **FroggyAZIce3, LLC<br>c/o James Frisch<br>6226 E Pima St Ste 150<br>Tucson, AZ 85712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.48**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.3 | **Gwen B. Muskiet<br>13943 E Wild Jesse Way<br>Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Cross River Bank** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **Gwen B. Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.26**<br>☐ Schedule G _____<br>**Hafer's 3269 Properties LLC** |
| 3.5 | **Gwen B. Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.33**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |
| 3.6 | **Gwen B. Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.7 | **Gwen B. Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |
| 3.8 | **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.46**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.9 | **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ■ Schedule D, line **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.10 | **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.47**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.11 | **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.60**<br>☐ Schedule G _____<br>**The Wong Family Limited Partnership LLP** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.12 **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.61**<br>☐ Schedule G _____<br>**The Yoon Family Trust** |
| 3.13 **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.26**<br>☐ Schedule G _____<br>**Hafer's 3269 Properties LLC** |
| 3.14 **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.33**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |
| 3.15 **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.16 **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.32**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.17 **Huyen M. Bui**<br>**5030 E Oakmont Dr**<br>**Tucson, AZ 85718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |
| 3.18 **Jordan Elizabeth Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Cross River Bank** |
| 3.19 **Jordan Elizabeth Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.26**<br>☐ Schedule G _____<br>**Hafer's 3269 Properties LLC** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.20 | **Jordan Elizabeth Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.33**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |
| 3.21 | **Jordan Elizabeth Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.22 | **Jordan Elizabeth Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |
| 3.23 | **Kevin Wayne Hays**<br>**3825 S Walnut St**<br>**Kansas City, MO 64111** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.29**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.24 | **Kevin Wayne Hays**<br>**3825 S Walnut St**<br>**Kansas City, MO 64111** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Cross River Bank** |
| 3.25 | **Kevin Wayne Hays**<br>**3825 S Walnut St**<br>**Kansas City, MO 64111** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.26 | **PatelBui, LLC**<br>**c/o James Frisch**<br>**6226 E Pima St Ste 150**<br>**Tucson, AZ 85712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.46**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.27 | **Patelbui3, LLC**<br>**c/o James Frisch**<br>**6226 E Pima St Ste 150**<br>**Tucson, AZ 85712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.46**<br>☐ Schedule G _____<br>**Small Business Administration** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.28 | **Patelbui4, LLC**<br>**c/o James Frisch**<br>**6226 E Pima St Ste 150**<br>**Tucson, AZ 85712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.46**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.29 | **Patelbui7, LLC**<br>**c/o James Frisch**<br>**6226 E Pima St Ste 150**<br>**Tucson, AZ 85712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.48**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.30 | **PDS Southern Arizona Dental Support, LLC**<br>**17000 Red Hill Ave**<br>**Irvine, CA 92614** | ■ Schedule D, line **2.5**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Zions Bank** |
| 3.31 | **Ryan Paul Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.49**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.32 | **Ryan Paul Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.48**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.33 | **Ryan Paul Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.29**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.34 | **Ryan Paul Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.50**<br>☐ Schedule G _____<br>**Small Business Administration** |

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.35 | **Ryan Paul Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Cross River Bank** |
| 3.36 | **Ryan Paul Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.26**<br>☐ Schedule G _____<br>**Hafer's 3269 Properties LLC** |
| 3.37 | **Ryan Paul Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.33**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |
| 3.38 | **Ryan Paul Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.39 | **Ryan Paul Arnone**<br>**11608 W Granville Dr**<br>**Marana, AZ 85653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |
| 3.40 | **SmoothieMAP3, LLC**<br>**c/o James Frisch**<br>**6226 E Pima St Ste 150**<br>**Tucson, AZ 85712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.50**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.41 | **Vincent Wayne Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.49**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.42 | **Vincent Wayne Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.48**<br>☐ Schedule G _____<br>**Small Business Administration** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.43 | **Vincent Wayne Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.29**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.44 | **Vincent Wayne Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.50**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.45 | **Vincent Wayne Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Cross River Bank** |
| 3.46 | **Vincent Wayne Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.26**<br>☐ Schedule G _____<br>**Hafer's 3269 Properties LLC** |
| 3.47 | **Vincent Wayne Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.33**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |
| 3.48 | **Vincent Wayne Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G _____<br>**KJE Steampump LLC** |
| 3.49 | **Vincent Wayne Muskiet**<br>**13943 E Wild Jesse Way**<br>**Vail, AZ 85641** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G _____<br>**Lee Family Property Management LLLP** |

**Fill in this information to identify your case:**

Debtor 1 **Samip Ashvin Patel**

Debtor 2 **Huyen Minh Bui**
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number **4:25-bk-12342-BMW**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
__________
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **Dentist** | **Nail Salon Owner** |
| **Employer's name** | **Dentists of Vail** | **OneNail Lounge, LLC** |
| **Employer's address** | **13410 E Mary Ann Cleveland Way**<br>**Vail, AZ 85641** | **10235 Old Vail Rd Ste 8**<br>**Tucson, AZ 85747** |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 22,855.00 | $ 3,208.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 22,855.00 | $ 3,208.00 |

Debtor 1 **Samip Ashvin Patel**
Debtor 2 **Huyen Minh Bui**

Case number (*if known*) **4:25-bk-12342-BMW**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 22,855.00 | $ 3,208.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 4,969.51 | $ 834.55 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 2,512.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 471.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 7,952.51 | $ 834.55 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 14,902.49 | $ 2,373.45 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 28,000.00 | $ 11,375.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 28,000.00 | $ 11,375.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ 42,902.49 + $ 13,748.45 = $ 56,650.94

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
12. $ 56,650.94
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Samip Ashvin Patel** |
| Debtor 2 (Spouse, if filing) | **Huyen Minh Bui** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | **4:25-bk-12342-BMW** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 2 | ☐ No ■ Yes |
| Son | 3 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | **Your expenses** |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **11,693.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **1,166.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **291.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **564.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **385.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ **320.00** |
| 6b. | Water, sewer, garbage collection | 6b. | $ **120.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ **150.00** |
| 6d. | Other. Specify: | 6d. | $ **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ **2,748.00** |
| 8. | **Childcare and children's education costs** | 8. | $ **2,800.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ **427.00** |
| 10. | **Personal care products and services** | 10. | $ **285.00** |
| 11. | **Medical and dental expenses** | 11. | $ **150.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ **563.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ **18.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ **100.00** |
| 15b. | Health insurance | 15b. | $ **0.00** |
| 15c. | Vehicle insurance | 15c. | $ **425.59** |
| 15d. | Other insurance. Specify: | 15d. | $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Estimated K1 taxes** | 16. | $ **12,971.01** |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ **2,105.00** |
| 17b. | Car payments for Vehicle 2 | 17b. | $ **0.00** |
| 17c. | Other. Specify: **Tucson Spectrum Dentistry Loan** | 17c. | $ **6,878.00** |
| 17d. | Other. Specify: **Dental License** | 17d. | $ **17.00** |
| | **DEA License** | | $ **25.00** |
| | **CHATGPT** | | $ **22.00** |
| | **Google Drive** | | $ **22.00** |
| | **Amazon Prime** | | $ **12.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. | Mortgages on other property | 20a. | $ **1,950.00** |
| 20b. | Real estate taxes | 20b. | $ **285.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ **48.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ **379.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | $ **100.00** |
| 21. | **Other:** Specify: | 21. | +$ **0.00** |

22. **Calculate your monthly expenses**

| | |
|---|---|
| 22a. Add lines 4 through 21. | $ **47,019.60** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ **47,019.60** |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ **56,650.94** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$ **47,019.60** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ **9,631.34** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Samip Ashvin Patel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Huyen Minh Bui** | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **4:25-bk-12342-BMW**

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person ____________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Samip Ashvin Patel**
**Samip Ashvin Patel**
Signature of Debtor 1

Date **January 12, 2026**

X **/s/ Huyen Minh Bui**
**Huyen Minh Bui**
Signature of Debtor 2

Date **January 12, 2026**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7: Liquidation**

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## District of Arizona

In re **Samip Ashvin Patel**
**Huyen Minh Bui**

Debtor(s)

Case No. **4:25-bk-12342-BMW**
Chapter **11**

## Declaration of Evidence of Employers' Payments Within 60 Days

■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: ______.

Debtor, **Samip Ashvin Patel**, declares the foregoing to be true and correct under penalty of perjury.

■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: ______.

Debtor, **Huyen Minh Bui**, declares the foregoing to be true and correct under penalty of perjury.

Date **January 12, 2026** Signature **/s/ Samip Ashvin Patel**
**Samip Ashvin Patel**
Debtor

Date **January 12, 2026** Signature **/s/ Huyen Minh Bui**
**Huyen Minh Bui**
Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

AZ Regional Dental Services LLC 17000 Red Hill Ave Irvine, CA 92614

Samip Patel 10264 E Wasson Peak Trail Tucson, AZ 85747

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Samip Patel | AZ Regional Dental Services LLC | 31514 | 09/01/2025 | 09/30/2025 | 10/22/2025 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 17,431.74 | 1,045.91 | 4,243.51 | 0.00 | 12,142.32 |
| YTD | 225,190.27 | 28,734.05 | 54,322.65 | 800.00 | 141,333.57 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | | | 0 | | 136.00 |
| Prod Based Comp - Advance | | | 0 | | 77,750.00 |
| Prod Based Comp - Recon | 09/01/2025 - 09/30/2025 | 0 | 0 | 17,431.74 | 147,440.27 |
| Earnings | | | | 17,431.74 | 225,326.27 |

**Team Member Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 10,918.20 |
| Medicare | 343.69 | 3,137.43 |
| Federal Withholding | 3,604.88 | 36,728.40 |
| State Tax - AZ | 294.94 | 3,538.62 |
| Team Member Taxes | 4,243.51 | 54,322.65 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K | 1,045.91 | 13,511.45 |
| Health Savings Account | | 6,708.20 |
| Med Plan Employee | | 8,399.80 |
| Vision Plan | | 114.60 |
| Pre Tax Deductions | 1,045.91 | 28,734.05 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Voluntary Life - Employee | | 800.00 |
| Post Tax Deductions | 0.00 | 800.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 0.00 | 1,500.00 |
| HSA Employer Contribution | | 600.00 |
| Employer Paid Benefits | 0.00 | 2,100.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 176,100.00 |
| Medicare - Taxable Wages | 17,431.74 | 210,103.67 |
| Federal Withholding - Taxable Wages | 16,385.83 | 196,592.22 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Time Off Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0 | 0 | 40 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| US BANK NA | US BANK NA ******0447 | ******0447 | | 12,142.32 | USD |

AZ Regional Dental Services LLC 17000 Red Hill Ave Irvine, CA 92614

Samip Patel 10264 E Wasson Peak Trail Tucson, AZ 85747

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Samip Patel | AZ Regional Dental Services LLC | 31514 | 10/01/2025 | 10/15/2025 | 10/22/2025 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,500.00 | 1,031.13 | 571.52 | 40.00 | 2,857.35 |
| YTD | 207,758.53 | 27,688.14 | 50,079.14 | 800.00 | 129,191.25 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 10/01/2025 - 10/15/2025 | 0 | 0 | 6.80 | 136.00 |
| Prod Based Comp - Advance | 10/01/2025 - 10/15/2025 | 0 | 0 | 4,500.00 | 77,750.00 |
| Prod Based Comp - Recon | | | 0 | | 130,008.53 |
| Earnings | | | | 4,506.80 | 207,894.53 |

**Team Member Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 10,918.20 |
| Medicare | 54.31 | 2,793.74 |
| Federal Withholding | 454.65 | 33,123.52 |
| State Tax - AZ | 62.56 | 3,243.68 |
| Team Member Taxes | 571.52 | 50,079.14 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K | 270.00 | 12,465.54 |
| Health Savings Account | 335.41 | 6,708.20 |
| Med Plan Employee | 419.99 | 8,399.80 |
| Vision Plan | 5.73 | 114.60 |
| Pre Tax Deductions | 1,031.13 | 27,688.14 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Voluntary Life - Employee | 40.00 | 800.00 |
| Post Tax Deductions | 40.00 | 800.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 0.00 | 1,500.00 |
| HSA Employer Contribution | | 600.00 |
| Employer Paid Benefits | 0.00 | 2,100.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 176,100.00 |
| Medicare - Taxable Wages | 3,745.67 | 192,671.93 |
| Federal Withholding - Taxable Wages | 3,475.67 | 180,206.39 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Time Off Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0 | 0 | 40 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| US BANK NA | US BANK NA ******0447 | ******0447 | | 2,857.35 | USD |

AZ Regional Dental Services LLC 17000 Red Hill Ave Irvine, CA 92614

Samip Patel 10264 E Wasson Peak Trail Tucson, AZ 85747

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Samip Patel | AZ Regional Dental Services LLC | 31514 | 10/16/2025 | 10/31/2025 | 11/07/2025 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,500.00 | 1,031.13 | 605.24 | 40.00 | 2,823.63 |
| YTD | 229,690.27 | 29,765.18 | 54,927.89 | 840.00 | 144,157.20 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 10/16/2025 - 10/31/2025 | 0 | 0 | 6.80 | 142.80 |
| Prod Based Comp - Advance | 10/16/2025 - 10/31/2025 | 0 | 0 | 4,500.00 | 82,250.00 |
| Prod Based Comp - Recon | | | 0 | | 147,440.27 |
| Earnings | | | | 4,506.80 | 229,833.07 |

**Team Member Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 10,918.20 |
| Medicare | 88.03 | 3,225.46 |
| Federal Withholding | 454.65 | 37,183.05 |
| State Tax - AZ | 62.56 | 3,601.18 |
| Team Member Taxes | 605.24 | 54,927.89 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K | 270.00 | 13,781.45 |
| Health Savings Account | 335.41 | 7,043.61 |
| Med Plan Employee | 419.99 | 8,819.79 |
| Vision Plan | 5.73 | 120.33 |
| Pre Tax Deductions | 1,031.13 | 29,765.18 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Voluntary Life - Employee | 40.00 | 840.00 |
| Post Tax Deductions | 40.00 | 840.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 0.00 | 1,500.00 |
| HSA Employer Contribution | | 600.00 |
| Employer Paid Benefits | 0.00 | 2,100.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 176,100.00 |
| Medicare - Taxable Wages | 3,745.67 | 213,849.34 |
| Federal Withholding - Taxable Wages | 3,475.67 | 200,067.89 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Time Off Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0 | 0 | 40 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| US BANK NA | US BANK NA ******0447 | ******0447 | | 2,823.63 USD |

AZ Regional Dental Services LLC 17000 Red Hill Ave Irvine, CA 92614
Samip Patel 10264 E Wasson Peak Trail Tucson, AZ 85747

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Samip Patel | AZ Regional Dental Services LLC | 31514 | 11/01/2025 | 11/15/2025 | 11/21/2025 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,000.00 | 1,031.13 | 261.98 | 40.00 | 1,666.89 |
| YTD | 232,690.27 | 30,796.31 | 55,189.87 | 880.00 | 145,824.09 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 11/01/2025 - 11/15/2025 | 0 | 0 | 6.80 | 149.60 |
| Prod Based Comp - Advance | 11/01/2025 - 11/15/2025 | 0 | 0 | 3,000.00 | 85,250.00 |
| Prod Based Comp - Recon | | | 0 | | 147,440.27 |
| Earnings | | | | 3,006.80 | 232,839.87 |

**Team Member Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 10,918.20 |
| Medicare | 52.78 | 3,278.24 |
| Federal Withholding | 173.64 | 37,356.69 |
| State Tax - AZ | 35.56 | 3,636.74 |
| Team Member Taxes | 261.98 | 55,189.87 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K | 270.00 | 14,051.45 |
| Health Savings Account | 335.41 | 7,379.02 |
| Med Plan Employee | 419.99 | 9,239.78 |
| Vision Plan | 5.73 | 126.06 |
| Pre Tax Deductions | 1,031.13 | 30,796.31 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Voluntary Life - Employee | 40.00 | 880.00 |
| Post Tax Deductions | 40.00 | 880.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 0.00 | 1,500.00 |
| HSA Employer Contribution | | 600.00 |
| Employer Paid Benefits | 0.00 | 2,100.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 176,100.00 |
| Medicare - Taxable Wages | 2,245.67 | 216,095.01 |
| Federal Withholding - Taxable Wages | 1,975.67 | 202,043.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Time Off Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0 | 0 | 40 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| US BANK NA | US BANK NA ******0447 | ******0447 | | 1,666.89 | USD |

AZ Regional Dental Services LLC 17000 Red Hill Ave Irvine, CA 92614
Samip Patel 10264 E Wasson Peak Trail Tucson, AZ 85747

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Samip Patel | AZ Regional Dental Services LLC | 31514 | 10/01/2025 | 10/31/2025 | 11/21/2025 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 20,187.72 | 1,816.90 | 4,846.65 | 0.00 | 13,524.17 |
| YTD | 252,877.99 | 32,613.21 | 60,036.52 | 880.00 | 159,348.26 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | | | 0 | | 149.60 |
| Prod Based Comp - Advance | | | 0 | | 85,250.00 |
| Prod Based Comp - Recon | 10/01/2025 - 10/31/2025 | 0 | 0 | 20,187.72 | 167,627.99 |
| Earnings | | | | 20,187.72 | 253,027.59 |

**Team Member Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 10,918.20 |
| Medicare | 474.40 | 3,752.64 |
| Federal Withholding | 4,041.58 | 41,398.27 |
| State Tax - AZ | 330.67 | 3,967.41 |
| Team Member Taxes | 4,846.65 | 60,036.52 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K | 1,816.90 | 15,868.35 |
| Health Savings Account | | 7,379.02 |
| Med Plan Employee | | 9,239.78 |
| Vision Plan | | 126.06 |
| Pre Tax Deductions | 1,816.90 | 32,613.21 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Voluntary Life - Employee | | 880.00 |
| Post Tax Deductions | 0.00 | 880.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 0.00 | 1,500.00 |
| HSA Employer Contribution | | 600.00 |
| Employer Paid Benefits | 0.00 | 2,100.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 176,100.00 |
| Medicare - Taxable Wages | 20,187.72 | 236,282.73 |
| Federal Withholding - Taxable Wages | 18,370.82 | 220,414.38 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Time Off Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0 | 0 | 40 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| US BANK NA | US BANK NA ******0447 | ******0447 | | 13,524.17 | USD |

AZ Regional Dental Services LLC 17000 Red Hill Ave Irvine, CA 92614
Samip Patel 10264 E Wasson Peak Trail Tucson, AZ 85747

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Samip Patel | AZ Regional Dental Services LLC | 31514 | 11/16/2025 | 11/30/2025 | 12/05/2025 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,750.00 | 1,008.63 | 224.72 | 40.00 | 1,476.65 |
| YTD | 255,627.99 | 33,621.84 | 60,261.24 | 920.00 | 160,824.91 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 11/16/2025 - 11/30/2025 | 0 | 0 | 6.80 | 156.40 |
| Prod Based Comp - Advance | 11/16/2025 - 11/30/2025 | 0 | 0 | 2,750.00 | 88,000.00 |
| Prod Based Comp - Recon | | | 0 | | 167,627.99 |
| Earnings | | | | 2,756.80 | 255,784.39 |

**Team Member Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 10,918.20 |
| Medicare | 46.91 | 3,799.55 |
| Federal Withholding | 146.34 | 41,544.61 |
| State Tax - AZ | 31.47 | 3,998.88 |
| Team Member Taxes | 224.72 | 60,261.24 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K | 247.50 | 16,115.85 |
| Health Savings Account | 335.41 | 7,714.43 |
| Med Plan Employee | 419.99 | 9,659.77 |
| Vision Plan | 5.73 | 131.79 |
| Pre Tax Deductions | 1,008.63 | 33,621.84 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Voluntary Life - Employee | 40.00 | 920.00 |
| Post Tax Deductions | 40.00 | 920.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 0.00 | 1,500.00 |
| HSA Employer Contribution | | 600.00 |
| Employer Paid Benefits | 0.00 | 2,100.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 176,100.00 |
| Medicare - Taxable Wages | 1,995.67 | 238,278.40 |
| Federal Withholding - Taxable Wages | 1,748.17 | 222,162.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Time Off Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0 | 0 | 40 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| US BANK NA | US BANK NA ******0447 | ******0447 | | 1,476.65 | USD |

AZ Regional Dental Services LLC 17000 Red Hill Ave Irvine, CA 92614

Samip Patel 10264 E Wasson Peak Trail Tucson, AZ 85747

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Samip Patel | AZ Regional Dental Services LLC | 31514 | 12/01/2025 | 12/15/2025 | 12/22/2025 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,000.00 | 1,111.29 | 719.25 | 40.00 | 3,129.46 |
| YTD | 260,627.99 | 34,733.13 | 60,980.49 | 960.00 | 163,954.37 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 12/01/2025 - 12/15/2025 | 0 | 0 | 6.80 | 163.20 |
| Prod Based Comp - Advance | 12/01/2025 - 12/15/2025 | 0 | 0 | 5,000.00 | 93,000.00 |
| Prod Based Comp - Recon | | | 0 | | 167,627.99 |
| Earnings | | | | 5,006.80 | 260,791.19 |

**Team Member Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 10,918.20 |
| Medicare | 102.12 | 3,901.67 |
| Federal Withholding | 547.01 | 42,091.62 |
| State Tax - AZ | 70.12 | 4,069.00 |
| Team Member Taxes | 719.25 | 60,980.49 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K | 450.00 | 16,565.85 |
| Health Savings Account | 235.57 | 7,950.00 |
| Med Plan Employee | 419.99 | 10,079.76 |
| Vision Plan | 5.73 | 137.52 |
| Pre Tax Deductions | 1,111.29 | 34,733.13 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Voluntary Life - Employee | 40.00 | 960.00 |
| Post Tax Deductions | 40.00 | 960.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 0.00 | 1,500.00 |
| HSA Employer Contribution | | 600.00 |
| Employer Paid Benefits | 0.00 | 2,100.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 176,100.00 |
| Medicare - Taxable Wages | 4,345.51 | 242,623.91 |
| Federal Withholding - Taxable Wages | 3,895.51 | 226,058.06 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Time Off Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0 | 0 | 40 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| US BANK NA | US BANK NA ******0447 | ******0447 | | 3,129.46 USD |

AZ Regional Dental Services LLC 17000 Red Hill Ave Irvine, CA 92614
Samip Patel 10264 E Wasson Peak Trail Tucson, AZ 85747

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Samip Patel | AZ Regional Dental Services LLC | 31514 | 11/01/2025 | 11/30/2025 | 12/22/2025 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 13,470.07 | 1,212.31 | 3,233.89 | 0.00 | 9,023.87 |
| YTD | 274,098.06 | 35,945.44 | 64,214.38 | 960.00 | 172,978.24 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | | | 0 | | 163.20 |
| Prod Based Comp - Advance | | | 0 | | 93,000.00 |
| Prod Based Comp - Recon | 11/01/2025 - 11/30/2025 | 0 | 0 | 13,470.07 | 181,098.06 |
| Earnings | | | | 13,470.07 | 274,261.26 |

**Team Member Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 10,918.20 |
| Medicare | 316.54 | 4,218.21 |
| Federal Withholding | 2,696.71 | 44,788.33 |
| State Tax - AZ | 220.64 | 4,289.64 |
| Team Member Taxes | 3,233.89 | 64,214.38 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K | 1,212.31 | 17,778.16 |
| Health Savings Account | | 7,950.00 |
| Med Plan Employee | | 10,079.76 |
| Vision Plan | | 137.52 |
| Pre Tax Deductions | 1,212.31 | 35,945.44 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Voluntary Life - Employee | | 960.00 |
| Post Tax Deductions | 0.00 | 960.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 0.00 | 1,500.00 |
| HSA Employer Contribution | | 600.00 |
| Employer Paid Benefits | 0.00 | 2,100.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 176,100.00 |
| Medicare - Taxable Wages | 13,470.07 | 256,093.98 |
| Federal Withholding - Taxable Wages | 12,257.76 | 238,315.82 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Time Off Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0 | 0 | 40 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| US BANK NA | US BANK NA ******0447 | ******0447 | | 9,023.87 | USD |

PACIFIC DENTAL SERVICES®

# Payment Remittance Advice

12/24/25

| | | | |
|---|---|---|---|
| **From Payer** | PACIFIC DENTAL SERVICES, LLC<br>17000 RED HILL AVENUE<br>IRVINE<br>CA<br>US<br>92614 | **Supplier or Party** | SAMIP A. PATEL, D.D.S. |
| | | **To Payee** | SAMIP A. PATEL, D.D.S.<br>10264 E. WASSON PEAK TRAIL<br>TUSCON<br>AZ<br>US<br>85747 |
| | | **Branch Number** | 101000187 |
| | | **Bank Account** | XXXXXXXX0447 |

The following payment has been remitted.

| | |
|---|---|
| **Payment Reference Number** | 1527425 |
| **Payment Date** | 12/24/25 |
| **Payment Currency** | USD |
| **Payment Amount** | 12,929.19 |

**Remittance Detail**

| Document Reference Number | Document Description | Document Date | Document Currency | Document Amount | Amount Withheld | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| 11/25 Profit Draw 484-1 | 11/25 Profit Draw 484-1 | 12/25/25 | USD | 12,929.19 | 0.00 | 0.00 | 12,929.19 |
| | | | | **Total** | 0.00 | 0.00 | 12,929.19 |

PACIFIC DENTAL SERVICES®

# Payment Remittance Advice

11/26/25

| | | | |
|---|---|---|---|
| **From Payer** | PACIFIC DENTAL SERVICES, LLC<br>17000 RED HILL AVENUE<br>IRVINE<br>CA<br>US<br>92614 | **Supplier or Party**<br>**To Payee** | SAMIP A. PATEL, D.D.S.<br>SAMIP A. PATEL, D.D.S.<br>10264 E. WASSON PEAK TRAIL<br>TUSCON<br>AZ<br>US<br>85747 |
| | | **Branch Number** | 101000187 |
| | | **Bank Account** | XXXXXXXX0447 |

The following payment has been remitted.

| | |
|---|---|
| **Payment Reference Number** | 1506891 |
| **Payment Date** | 11/26/25 |
| **Payment Currency** | USD |
| **Payment Amount** | 19,822.59 |

**Remittance Detail**

| Document Reference Number | Document Description | Document Date | Document Currency | Document Amount | Amount Withheld | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| 10/25 Profit Draw 484-1 | 10/25 Profit Draw 484-1 | 11/25/25 | USD | 19,822.59 | 0.00 | 0.00 | 19,822.59 |
| | | | | **Total** | 0.00 | 0.00 | 19,822.59 |

## Pay Statement

| | |
|---|---|
| Pay Period: | 12/31/2025 |
| Pay Date: | 12/31/2025 |
| Pay Class: | Salary |

FIVEFIVE NAIL BAR INC
2500 E GRANT ROAD STE 152
TUCSON, AZ 85716

HUYEN M BUI
10264 E WASSON PEAK TRAIL
TUCSON, AZ 85747

Taxable Marital Status: Married
Exemptions/Allowances:
AZ: 0

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | $1,000.00 | $10,500.00 |
| **Gross Pay:** | | | **$1,000.00** | **$10,500.00** |

| Withholdings | Current | YTD |
|---|---|---|
| Social Security | $62.00 | $651.00 |
| Medicare | $14.50 | $152.25 |
| Withholdings Total: | $76.50 | $803.25 |
| **Net Pay:** | **$923.50** | **$9,696.75** |

| Benefits | Current | YTD |
|---|---|---|
| Benefits Total: | $0.00 | $0.00 |

| Deductions | Current | YTD |
|---|---|---|
| Deductions Total: | $0.00 | $0.00 |

† Benefit amount is applied to Gross Pay.
‡ Benefit not applied to Gross/Net Pay.
§ Benefit taxed not applied to Gross/Net Pay.

# Pay Statement

FIVEFIVE NAIL BAR INC
2500 E GRANT ROAD STE 152
TUCSON, AZ 85716

| | |
|---|---|
| Pay Period: | 12/31/2025 |
| Pay Date: | 12/31/2025 |
| Pay Class: | Salary |

MY BUI
13428 E HOMESTEADERS LANE
TUCSON, AZ 85747

Taxable Marital Status: Single
Exemptions/Allowances:
AZ: 0

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | $1,000.00 | $10,500.00 |
| **Gross Pay:** | | | **$1,000.00** | **$10,500.00** |

| Benefits | Current | YTD |
|---|---|---|
| Benefits Total: | $0.00 | $0.00 |

| Withholdings | Current | YTD |
|---|---|---|
| Federal | $37.50 | $337.50 |
| Social Security | $62.00 | $651.00 |
| Medicare | $14.50 | $152.25 |
| Withholdings Total: | $114.00 | $1,140.75 |
| **Net Pay:** | **$886.00** | **$9,359.25** |

| Deductions | Current | YTD |
|---|---|---|
| Deductions Total: | $0.00 | $0.00 |

† Benefit amount is applied to Gross Pay.
‡ Benefit not applied to Gross/Net Pay.
§ Benefit taxed not applied to Gross/Net Pay.

## Pay Statement

Pay Period: 11/30/2025
Pay Date: 11/30/2025
Pay Class: Salary

FIVEFIVE NAIL BAR INC
2500 E GRANT ROAD STE 152
TUCSON, AZ 85716

HUYEN M BUI
10264 E WASSON PEAK TRAIL
TUCSON, AZ 85747

Taxable Marital Status: Married
Exemptions/Allowances:
AZ: 0

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | $1,000.00 | $9,500.00 |
| **Gross Pay:** | | | **$1,000.00** | **$9,500.00** |

| Withholdings | Current | YTD |
|---|---|---|
| Social Security | $62.00 | $589.00 |
| Medicare | $14.50 | $137.75 |
| Withholdings Total: | $76.50 | $726.75 |
| **Net Pay:** | **$923.50** | **$8,773.25** |

| Benefits | Current | YTD |
|---|---|---|
| Benefits Total: | $0.00 | $0.00 |

| Deductions | Current | YTD |
|---|---|---|
| Deductions Total: | $0.00 | $0.00 |

† Benefit amount is applied to Gross Pay.
‡ Benefit not applied to Gross/Net Pay.
§ Benefit taxed not applied to Gross/Net Pay.

## Pay Statement

| | |
|---|---|
| Pay Period: | 11/30/2025 |
| Pay Date: | 11/30/2025 |
| Pay Class: | Salary |

FIVEFIVE NAIL BAR INC
2500 E GRANT ROAD STE 152
TUCSON, AZ 85716

MY BUI
13428 E HOMESTEADERS LANE
TUCSON, AZ 85747

Taxable Marital Status: Single
Exemptions/Allowances:
AZ: 0

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | $1,000.00 | $9,500.00 |
| **Gross Pay:** | | | **$1,000.00** | **$9,500.00** |

| Benefits | Current | YTD |
|---|---|---|
| Benefits Total: | $0.00 | $0.00 |

| Withholdings | Current | YTD |
|---|---|---|
| Federal | $37.50 | $300.00 |
| Social Security | $62.00 | $589.00 |
| Medicare | $14.50 | $137.75 |
| Withholdings Total: | $114.00 | $1,026.75 |
| **Net Pay:** | **$886.00** | **$8,473.25** |

| Deductions | Current | YTD |
|---|---|---|
| Deductions Total: | $0.00 | $0.00 |

† Benefit amount is applied to Gross Pay.
‡ Benefit not applied to Gross/Net Pay.
§ Benefit taxed not applied to Gross/Net Pay.

## Pay Statement

FIVEFIVE NAIL BAR INC
2500 E GRANT ROAD STE 152
TUCSON, AZ 85716

| | |
|---|---|
| Pay Period: | 10/31/2025 |
| Pay Date: | 10/31/2025 |
| Pay Class: | Salary |

HUYEN M BUI
10264 E WASSON PEAK TRAIL
TUCSON, AZ 85747

Taxable Marital Status: Married
Exemptions/Allowances:
AZ: 0

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | $1,000.00 | $8,500.00 |
| **Gross Pay:** | | | **$1,000.00** | **$8,500.00** |

| Benefits | Current | YTD |
|---|---|---|
| Benefits Total: | $0.00 | $0.00 |

| Withholdings | Current | YTD |
|---|---|---|
| Social Security | $62.00 | $527.00 |
| Medicare | $14.50 | $123.25 |
| Withholdings Total: | $76.50 | $650.25 |
| **Net Pay:** | **$923.50** | **$7,849.75** |

| Deductions | Current | YTD |
|---|---|---|
| Deductions Total: | $0.00 | $0.00 |

† Benefit amount is applied to Gross Pay.
‡ Benefit not applied to Gross/Net Pay.
§ Benefit taxed not applied to Gross/Net Pay.

## Pay Statement

| | |
|---|---|
| Pay Period: | 10/31/2025 |
| Pay Date: | 10/31/2025 |
| Pay Class: | Salary |

FIVEFIVE NAIL BAR INC
2500 E GRANT ROAD STE 152
TUCSON, AZ 85716

MY BUI
13428 E HOMESTEADERS LANE
TUCSON, AZ 85747

Taxable Marital Status: Single
Exemptions/Allowances:
AZ: 0

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | $1,000.00 | $8,500.00 |
| **Gross Pay:** | | | **$1,000.00** | **$8,500.00** |

| Withholdings | Current | YTD |
|---|---|---|
| Federal | $37.50 | $262.50 |
| Social Security | $62.00 | $527.00 |
| Medicare | $14.50 | $123.25 |
| Withholdings Total: | $114.00 | $912.75 |
| **Net Pay:** | **$886.00** | **$7,587.25** |

| Benefits | Current | YTD |
|---|---|---|
| Benefits Total: | $0.00 | $0.00 |

| Deductions | Current | YTD |
|---|---|---|
| Deductions Total: | $0.00 | $0.00 |

† Benefit amount is applied to Gross Pay.
‡ Benefit not applied to Gross/Net Pay.
§ Benefit taxed not applied to Gross/Net Pay.

## Pay Statement

ONE NAIL LOUNGE
10235 E OLD VAIL RD STE 135
TUCSON, AZ 85747

| | |
|---|---|
| Pay Period: | 12/31/2025 |
| Pay Date: | 12/31/2025 |
| Pay Class: | Salary |

HUYEN M BUI
10264 E WASSON PEAK TRAIL
TUCSON, AZ 85747

Taxable Marital Status: Married
Exemptions/Allowances:
AZ: 0

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | $1,000.00 | $10,000.00 |
| **Gross Pay:** | | | **$1,000.00** | **$10,000.00** |

| Benefits | Current | YTD |
|---|---|---|
| Benefits Total: | $0.00 | $0.00 |

| Withholdings | Current | YTD |
|---|---|---|
| Social Security | $62.00 | $620.00 |
| Medicare | $14.50 | $145.00 |
| Withholdings Total: | $76.50 | $765.00 |
| **Net Pay:** | **$923.50** | **$9,235.00** |

| Deductions | Current | YTD |
|---|---|---|
| Deductions Total: | $0.00 | $0.00 |

† Benefit amount is applied to Gross Pay.
‡ Benefit not applied to Gross/Net Pay.
§ Benefit taxed not applied to Gross/Net Pay.

## Pay Statement

ONE NAIL LOUNGE
10235 E OLD VAIL RD STE 135
TUCSON, AZ 85747

| | |
|---|---|
| Pay Period: | 11/30/2025 |
| Pay Date: | 11/30/2025 |
| Pay Class: | Salary |

HUYEN M BUI
10264 E WASSON PEAK TRAIL
TUCSON, AZ 85747

Taxable Marital Status: Married
Exemptions/Allowances:
AZ: 0

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | $1,000.00 | $9,000.00 |
| **Gross Pay:** | | | **$1,000.00** | **$9,000.00** |

| Benefits | Current | YTD |
|---|---|---|
| Benefits Total: | $0.00 | $0.00 |

| Withholdings | Current | YTD |
|---|---|---|
| Social Security | $62.00 | $558.00 |
| Medicare | $14.50 | $130.50 |
| Withholdings Total: | $76.50 | $688.50 |
| **Net Pay:** | **$923.50** | **$8,311.50** |

| Deductions | Current | YTD |
|---|---|---|
| Deductions Total: | $0.00 | $0.00 |

† Benefit amount is applied to Gross Pay.
‡ Benefit not applied to Gross/Net Pay.
§ Benefit taxed not applied to Gross/Net Pay.

## Pay Statement

| | |
|---|---|
| Pay Period: | 10/31/2025 |
| Pay Date: | 10/31/2025 |
| Pay Class: | Salary |

ONE NAIL LOUNGE
10235 E OLD VAIL RD STE 135
TUCSON, AZ 85747

HUYEN M BUI
10264 E WASSON PEAK TRAIL
TUCSON, AZ 85747

Taxable Marital Status: Married
Exemptions/Allowances:
AZ: 0

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Salary | | | $1,000.00 | $8,000.00 |
| **Gross Pay:** | | | **$1,000.00** | **$8,000.00** |

| Withholdings | Current | YTD |
|---|---|---|
| Social Security | $62.00 | $496.00 |
| Medicare | $14.50 | $116.00 |
| Withholdings Total: | $76.50 | $612.00 |
| **Net Pay:** | **$923.50** | **$7,388.00** |

| Benefits | Current | YTD |
|---|---|---|
| Benefits Total: | $0.00 | $0.00 |

| Deductions | Current | YTD |
|---|---|---|
| Deductions Total: | $0.00 | $0.00 |

† Benefit amount is applied to Gross Pay.
‡ Benefit not applied to Gross/Net Pay.
§ Benefit taxed not applied to Gross/Net Pay.

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

HUYEN BUI
5030 E OAKMONT DR
TUCSON, AZ 85718-1709

# Your Bank of America Advantage Savings

for October 18, 2025 to November 13, 2025

Account number: [redacted] 2159

**HUYEN BUI**

## Account summary

| | |
|---|---|
| Beginning balance on October 18, 2025 | $372.47 |
| Deposits and other additions | 7,000.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -7,000.00 |
| Service fees | -0.00 |
| **Ending balance on November 13, 2025** | **$372.47** |

*Interest Paid Year To Date: $0.11.*

SHOP. View inventory of over 1 million vehicles.
APPLY. Get a decision for the vehicle you choose — it is quick and easy.
DRIVE. Finalize the paperwork at the dealer.
Start your next car search with us, online and on your own time.
**Scan this code and start shopping or visit bankofamerica.com/carshopping**
When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Vehicle financing provided by Bank of America. Credit and collateral are subject to approval. Terms and conditions apply.
Automobile shopping content provided by automobile dealerships through a website provided by a third party not affiliated with Bank of America. Bank of America is not responsible for any automobile content, products or services.
Bank of America N.A. Member FDIC. © 2025 Bank of America Corporation.
SSM-05-25-0373.C | 7972973

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 11/03/25 | Zelle payment from ONE NAIL LOUNGE LLC Conf# 99bt6wzf3 | 7,000.00 |
| **Total deposits and other additions** | | **$7,000.00** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 11/03/25 | Online Banking transfer to CHK 8854 Confirmation# 1510467706 | -7,000.00 |
| **Total other subtractions** | | **-$7,000.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

Products and solutions to move your business forward

– Business Fundamentals® Checking - now with no monthly fee on new accounts for 12 months
– Business credit cards
– Named among Best Banks for Small Business by SmartAsset*

**Scan to learn more and get started.**

* SmartAsset.com 2025
When you use the QRC feature, certain information is collected from your mobile device for business purposes. This credit card program is issued and administered by Bank of America, N.A. Banking products are provided by Bank of America, N.A., Members FDIC as well as affiliates and other subsidiaries of Bank of America Corporation.

SSM-03-25-0560.B I 7786995

This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

HUYEN BUI
5030 E OAKMONT DR
TUCSON, AZ 85718-1709

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Bank of America Advantage Savings

for September 17, 2025 to October 17, 2025

Account number: [redacted] 2159

**HUYEN BUI**

## Account summary

| | |
|---|---|
| Beginning balance on September 17, 2025 | $100.11 |
| Deposits and other additions | 5,272.36 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -5,000.00 |
| Service fees | -0.00 |
| **Ending balance on October 17, 2025** | **$372.47** |

*Interest Paid Year To Date: $0.11.*


Products and solutions to move your business forward

– Business Fundamentals® Checking - now with no monthly fee on new accounts for 12 months
– Business credit cards
– Named among Best Banks for Small Business by SmartAsset*

**Scan to learn more and get started.**

* SmartAsset.com 2025
When you use the QRC feature, certain information is collected from your mobile device for business purposes. This credit card program is issued and administered by Bank of America, N.A. Banking products are provided by Bank of America, N.A., Members FDIC as well as affiliates and other subsidiaries of Bank of America Corporation.

SSM-03-25-0560.B I 7786995

# IMPORTANT INFORMATION:

## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 09/29/25 | Zelle payment from FIVEFIVE NAIL BAR INC Conf# 99bp0tvwl | 272.36 |
| 09/30/25 | Zelle payment from M nail bar LLC Conf# 99bp5dskq | 5,000.00 |
| **Total deposits and other additions** | | **$5,272.36** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 10/01/25 | Online Banking transfer to CHK 8854 Confirmation# 1634844708 | -5,000.00 |
| **Total other subtractions** | | **-$5,000.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

Thank you for your loyalty!

We are honored that you have chosen us for your banking needs, and thank you for being a valued customer.

SSM-07-25-0027.B | 8071596

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Announcing a new look and feel for our Deposit Agreement and Disclosures document.**

Starting November 14, 2025, you can visit bankofamerica.com/depositagreement to see the updates we have made to simplify the document. You can also request a copy at any financial center, or call us at the number on this statement.

---

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

HUYEN BUI
5030 E OAKMONT DR
TUCSON, AZ 85718-1709

# Your Bank of America Advantage Savings

for November 14, 2025 to December 16, 2025

Account number: [redacted] 2159

**HUYEN BUI**

## Account summary

| | |
|---|---|
| Beginning balance on November 14, 2025 | $372.47 |
| Deposits and other additions | 7,500.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -7,864.47 |
| Service fees | -8.00 |
| **Ending balance on December 16, 2025** | **$0.00** |

*Interest Paid Year To Date: $0.11.*


Products and solutions to move your business forward

– Business Fundamentals® Checking - now with no monthly fee on new accounts for 12 months
– Business credit cards
– Named among Best Banks for Small Business by SmartAsset*

**Scan to learn more and get started.**

* SmartAsset.com 2025
When you use the QRC feature, certain information is collected from your mobile device for business purposes. This credit card program is issued and administered by Bank of America, N.A. Banking products are provided by Bank of America, N.A., Members FDIC as well as affiliates and other subsidiaries of Bank of America Corporation.

SSM-03-25-0560.B I 7786995

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 11/19/25 | Zelle payment from M nail bar LLC Conf# 99bv957dz | 7,500.00 |
| **Total deposits and other additions** | | **$7,500.00** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 11/18/25 | Online Banking transfer to CHK 8854 Confirmation# 1347580520 | -350.00 |
| 11/19/25 | Online Banking transfer to CHK 8854 Confirmation# 1457024441 | -7,500.00 |
| 12/12/25 | Online Banking transfer to CHK 8854 Confirmation# 1452383179 | -14.47 |
| **Total other subtractions** | | **-$7,864.47** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 11/14/25 | Monthly Maintenance Fee | -8.00 |
| **Total service fees** | | **-$8.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.




Take your security to the next level

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.

SSM-01-25-2480.B | 7528643

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank