Andrew A. Harnisch (024957)
Emma M. Smith      (040736)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 North Central Avenue, Suite 1600
Phoenix, Arizona 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: aharnisch@maypotenza.com
        esmith@maypotenza.com

*Counsel for Power Road-Williams Field, LLC*

## UNITED STATES BANKRUTPCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SAMIP ASHVIN PATEL and HUYEN MINH BUI,<br><br>          Debtors. | Chapter 11 Proceeding<br><br>Case No.: 4:25-bk-12342-BMW<br><br>**NOTICE OF HEARING**<br><br>**Hearing Date:** July 14, 2026<br><br>**Hearing Time:** 10:00 am<br><br>**Hearing Location: Videoconference** |

**NOTICE IS HEREBY GIVEN** that a Hearing will be held on **July 14, 2026, at 10:00 a.m.**, via videoconference, to consider Creditor Power Road-Williams Field, LLC's *Ex Parte Motion for an Order Directing the Production of Documents by Debtors Under Bankruptcy Rule 2004* [DE 100].

This hearing will be held by videoconference. The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, may be reviewed on the Court's website at: https://www.azb.uscourts.gov/videoconference-hearing-guidelines.

Any interested parties may appear via https://www.zoomgov.com/join. The hearing ID is 161 458 7717 and the passcode is 712842. Alternatively, interested parties may access the hearing using the following link: https://www.zoomgov.com/j/1614587717?pwd=RfHwslarFJr7i3baFhQ0pWFE4oklIq.1.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Pleadings are available for review at the Clerk's office, U.S. Bankruptcy Court, Tucson Division, 38 South Scott Avenue, Tucson, Arizona 85701 and/or may be inspected by any party in interest by accessing the United States Bankruptcy Court for the District of Arizona Document Filing System at http://ecf.azb.uscourts.gov or a copy may be obtained by request from May, Potenza, Baran & Gillespie, P.C. from the information appearing upon this pleading.

RESPECTFULLY SUBMITTED this 13th day of May, 2026.

MAY, POTENZA, BARAN & GILLESPIE, P.C.

By: */s/ Andrew A. Harnisch*
Andrew A. Harnisch
Emma M. Smith
*Attorney for Creditor Power Road- Williams Field, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of May, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the registered recipients.


By: */s/ Michelle Giordano*